IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02174-BNB

GREGORY DEAN ALBRIGHT,

    Plaintiff,

v.

STATE OF COLORADO, a State in the United States of America,
THE SEVENTH JUDICIAL DISTRICT, a Political Subdivision in the State of Colorado, and
STEVE HARTLEY, Warden of the Arkansas Valley Correctional Facility,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's pending motions (ECF Nos. 27 and 29) pertinent to his appeal from this Court's order of December 28, 2012 (ECF No. 23), that overruled his objection to the Court's order of November 26, 2012 (ECF No. 19), directing him to file an amended pleading motion for enlargement of time (ECF No. 28) are DENIED as moot. On February 26, 2013, the United States Court of Appeals for the Tenth Circuit dismissed his appeal for lack of subject matter jurisdiction. *See* ECF No. 34.

Dated: February 28, 2013